(No. 838—Claimant awarded $3,780.75.)

CADET KNITTING COMPANY, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed May 1, 1925.*

FRANCHISE TAX—*when refund will be made.* This case is governed by the decision of the court in the case of *Vulcanite Roofing Co.* v. *State, supra.*

MORAN, PALTZER & O'DONNELL, for claimant.

OSCAR E. CARLSTROM, Attorney General; EDWARD C. FITCH, Assistant Attorney General, for respondent.

Mr. JUSTICE LEECH delivered the opinion of the court:

This is a claim for the refund of franchise taxes erroneously paid by the claimant to the Secretary of State of the State of Illinois, the excess due claimant being $3780.75.

The demurrer filed by the Attorney General of the State of Illinois is, as a matter of law, sustained.

On the grounds of equity and social justice, we award claimant the sum of $3780.75.

---

(No. 839—Claimant awarded $5,914.76.)

PIGGLY WIGGLY STORES INC., Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed May 1, 1925.*

FRANCHISE TAX—*when refund will be made.* This case is governed by the decision of the court in *Vulcanite Roofing Co.* v. *State, supra.*

MORAN, PALTZER & O'DONNELL, for claimant.

OSCAR E. CARLSTROM, Attorney General; EDWARD C. FITCH, Assistant Attorney General, for respondent.

Mr. JUSTICE LEECH delivered the opinion of the court:

This is a claim for the refund of franchise taxes erroneously paid to the Secretary of State of the State of Illinois, in the years 1920, 1921 and 1922, by the above named claimant, total excess paid amounting to $5914.76.

The demurrer filed by the Attorney General of the State of Illinois is, as a matter of law, sustained.

We award claimant the sum of $5914.76, on the grounds of equity and social justice.